THE PEOPLE OF THE STATE OF NEW YORK ex rel. FLORENCE C. KIGHT, Respondent, *v.* THOMAS M. LYNCH et al., Constituting the State Tax Commission, Appellants.

(Submitted March 23, 1931; decided March 31, 1931.)

Motion to amend remittitur denied. (See 255 N. Y. 323.)

BERARDINO. RAPA, Appellant, *v.* THE JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY OF BOSTON, MASSACHUSETTS, Respondent.

(Argued March 23, 1931; decided March 31, 1931.)

*Thomas McCall* for motion.
*Maurice M. Klein* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.